# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2288.  RANDY HUDSON v. THE STATE.**

A jury found Randy Hudson guilty of armed robbery and other offenses, and we affirmed his convictions in an unpublished opinion.  See Case No. A96A2170 (decided January 15, 1997).  Hudson subsequently filed a motion for an out-of-time appeal.  After the trial court denied his motion, Hudson filed this appeal.  We lack jurisdiction.

Because Hudson has already had a direct appeal, he cannot appeal from the trial court's denial of his motion for an out-of-time appeal.  See *Richards v. State*, 275 Ga 190 (563 SE2d 856) (2002).  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/09/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.